## M. M. ALLEN v. WILLIAM HAFNER ET AL.

[Opinion filed August 3, 1887.]

APPEAL from the Superior Court of Cook County; the Hon. KIRK HAWES, Judge, presiding.

Mr. A. VAN BUREN, for appellant.

Messrs. McELHERNE & CUMMINGS, for appellees.

*Per Curiam.*   Affirmed, there being no error in law and the verdict of the jury being conclusive as to the question of fact.

---

## MOSES FOLEY ET AL. v. ADAM REIPLINGER, ADMINISTRATOR, ETC.

[Opinion filed August 3, 1887.]

APPEAL from the Superior Court of Cook County; the Hon. HENRY M. SHEPARD, Judge, presiding.

Messrs. GARDNER, McFADON & GARDNER, for appellants.

Messrs. McGAFFEY & TURNES, for appellee.

*Per Curiam.*   Decree dissolving injunction and dismissing the complainants' bill, affirmed.